# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** JERRY GARY

**Docket No.** 3:01CR00070(DJS)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Mark D. Myers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jerry Gary who was sentenced to 9 months for a violation of 18 U.S.C. § 1341, Mail Fraud, by the Honorable Dominic J. Squatrito, United States District Judge, sitting in the court at Hartford on January 24, 2002, who fixed the period of supervision at 3 years which commenced on October 23, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Office which may include random testing to determine if the defendant has used drugs or alcohol. The offender shall bear all, or a portion of the cost of such treatment, depending on his ability to pay. The amount of payment shall be established by the U.S. Probation Office; and 2) The defendant shall pay restitution in the amount of $16,500.00 of which $10,535 is to be paid to Telecheck Service, 5251 Westheimer Street, Houston, Texas 77056, Equifax, 11601 North Roosevelt Boulevard Street, Petersburg, Florida, 33716, in the amount of $1,979, Route 80 Check Cashing, 397 Foxon Boulevard, New Haven, Connecticut, 06513 in the amount of $935.00 and the Adam's Super Food Store, 224 Thomas Boulevard, West Haven, Connecticut in the amount of $3,051. These payments shall be made in the amount of $100 to commence the second month of the defendant's supervised release period.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The offender is being cited for violating the following conditions of supervised release:

<u>Charge 1, Standard Condition: You shall not commit another federal, state, or local crime;</u> On October 3, 2004, the offender was arrested and charged by Yale University police with: Excessive fumes/smoke; Misuse of plates; Operating an unregistered motor vehicle; Operating under suspension; and Operating a motor vehicle without insurance. These charges were pending in New Haven Superior Court under docket number MV04-0022173-S. On November 3, 2004, he failed to appear in court and a re-arrest warrant was issued charging him with Failure to Appear.

<u>Charge 2, Standard Condition: You shall not commit another federal, state, or local crime;</u> On October 4, 2004, the offender was arrested and charged by East Haven police with: Two counts of Issuing Bad Check, on warrants dated May 12, 2004, for offenses occurring March 12 and March 13, 2004. These charges were pending in New Haven Superior Court under docket numbers N23N-CR04-0035512-S and N23N-CR04-0035513-S. On November 24, 2004, he failed to appear in court and re-arrest warrants were issued charging him with two counts of Failure to Appear.

<u>Charge 3, Standard Condition: You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;</u> The offender was arrested by Yale University police on October 3, 2004, and the East Haven police on October 4, 2004. He did not report the arrests until his office visit on October 18, 2004.

<u>Charge 4, Standard Condition: You shall report to the probation office and shall submit a truthful and complete written report within the first five days of each month;</u> The offender has failed to report since October 18, 2004, at which time he was directed to report every two weeks beginning November 4, 2004. The offender has absconded from supervision and his present whereabouts are unknown.

<u>Charge 5, Special Condition: The defendant shall pay restitution in the amount of $16,500.00. These payments shall be made in the amount of $100 to commence the second month of the defendant's supervised release period;</u> To date, the defendant has paid $806.62 toward his restitution obligation, leaving him with a balance of $15,693.38. His last payment was made on January 27, 2004, in the amount of $167.49.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this _14th_ day of March, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Dominic J. Squatrito
Senior United States District Judge

Sworn to By

Mark D. Myers
United States Probation Officer

Place Hartford, Connecticut

Date Hartford, CT

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this ___ day of March, 2005, at Hartford, Connecticut, U.S. Probation Officer Mark D. Myers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Dominic J. Squatrito,
Senior United States District Judge