AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
               Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ CONNECTICUT _____

UNITED STATES OF AMERICA
**V.**

JERRY GARY

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:          3:01CR00070(DJS)

USM Number:          14170-014

KEVIN A. RANDOLPH
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) _____ #'s 1 through 5 _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | "You shall not commit another federal, state, or local crime." | 03/23/2005 |
| 2. | "You shall not commit another federal, state, or local crime." | 03/23/2005 |
| 3. | "You shall notify the probation officer within 72 hours of arrest." | 10/18/2004 |
| 4. | "You shall report to the probation office as directed." | 03/23/2005 |
| 5. | "You shall pay restitution in the amount of $16,500 at $100 per month." | 03/23/2005 |

The defendant is sentenced as provided in pages 2 through ___ 2 ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. _____

Defendant's Date of Birth: ___ 1978 ___

Defendant's Residence Address:

_____ 153 Winchester Avenue _____

_____ New Haven, CT 06515 _____

Defendant's Mailing Address:

_____ 153 Winchester Avenue _____

_____ New Haven, CT 06515 _____

March 31, 2005
Date of Imposition of Judgment

Signature of Judge

Dominic J. Squatrito,  Senior United States District Judge
Name and Title of Judge

4/4/05
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: **JERRY GARY** | Judgment — Page ___2___ of ___2___ |
| CASE NUMBER: 3:01CR00070(DJS) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

### 8 MONTHS

☐  The court makes the following recommendations to the Bureau of Prisons:

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

☐   as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL